**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PEDRO MURILLO

          Plaintiff(s),

   v.

DENNYS, INC. , et al.

          Defendant(s).

CASE NO:
2:20−cv−10451−FMO−KS

**ORDER DISMISSING ACTION
WITHOUT PREJUDICE**

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: February 8, 2021

                      */s/ Fernando M. Olguin*
                      Fernando M. Olguin
                      United States District Judge